■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BEANER, JR., Appellant.—Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered May 17, 1988.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Mangano, J. P., Bracken, Rubin, Kooper and Rosenblatt, JJ., concur.